IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL A. BACON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Case No. 2:19-cv-00735-DN<br>(Criminal No. 2:14-cr-00563-DN)<br><br>District Judge David Nuffer |

This case is on limited remand from the Tenth Circuit Court of Appeals to consider whether to issue a certificate of appealability.[1] "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."[2] "To achieve this, [the applicant] must show 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and . . . whether the district court was correct in its procedural ruling.'"[3]

Mr. Bacon cannot make a substantial showing of the denial of a constitutional right. His claims[4] are not the appropriate subject matter of a motion under 28 U.S.C. § 2255.[5] He makes no argument demonstrating how his claims are not barred by his plea statement, in which he waived

---

[1] Order, *United States v. Bacon*, no. 19-4167 (10th Cir. Dec. 10, 2019), docket no. 11, filed Dec. 10, 2019.

[2] 28 U.S.C. § 2253(c)(2).

[3] *United States v. Wicken*, 514 Fed. App'x 721, 723 (10th Cir. 2013) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

[4] Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 Motion"), docket no. 1, filed Oct. 3, 2019.

[5] Memorandum Decision and Order of Dismissal at 5-6, docket no. 6, filed Nov. 20, 2019.

his right to seek relief under § 2255 except on the issue of ineffective assistance of counsel.[6] And he makes no coherent argument showing the denial of a constitutional right.

Moreover, jurisdiction over Mr. Bacon's § 2255 Motion was lacking because the § 2255 Motion was his second attempt to obtain relief from his sentence under § 2255, and he did not obtain prior authorization for the filing from a panel of the Tenth Circuit Court of Appeal.[7] Mr. Bacon also did not assert newly discovered evidence or a new rule of constitutional law, which is required to obtain such authorization.[8]

No reasonable jurist would find the dismissal of Mr. Bacon's § 2255 Motion for lack of jurisdiction debatable. Therefore,

IT IS HEREBY ORDERED that Mr. Bacon is denied a certificate of appealability.

Signed December 12, 2019.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[6] *Id*. at 6.

[7] *Id*. at 4-5.

[8] *Id*. at 6.